# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

In Re: JOHNSON, SAMMY ONEAL  CASE NO: 08-10256
JOHNSON, DEENA LYNN

DEBTOR(S)

## ORDER ON OBJECTION TO PROOF OF CLAIM(S)

**CAME ON** to be heard and was heard the Trustee's Objection to Proof of Claim(s) (Dkt. # __63__ ) filed by Henry J. Applewhite, Chapter 7 Trustee of the subject estate, ("Trustee") concerning Proof of Claim No. 6 of the Claims Register of this Court in the amount of $3,402.00 filed by eCAST Settlement Corp., Assignee of HSBC Bank Nevada ("Claimant"), and the Court finds that due and proper notice has been given, that the Claimant has not filed any response, and that the Trustee's Objection to Proof of Claim(s) is well taken and should be sustained. Therefore, it is:

**ORDERED** that Proof of Claim No. 6 of the Claims Register of this Court in the amount of $3,402.00 filed by eCAST Settlement Corp., Assignee of HSBC Bank Nevada, is hereby subordinated to be a tardily filed, unsecured proof of claim under 11 U.S.C. Section 726 (a)(3).

**SO ORDERED** on this the __21st__ day of __November__, 2013.

_____
UNITED STATES BANKRUPTCY JUDGE

Prepared By:

Henry J. Applewhite
Attorney at Law
105 N. Hickory St.
P. O. Box 724
Aberdeen, MS 39730

Telephone: (662) 369-7783
E-Mail: happlewhite@applewhitelaw.com
MS Bar #1609

{0012026.DOC}